# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Edwards, Harry T. | USCA for D.C. Circuit | 05/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

5500 U.S. Courthouse 333 Constitution Ave., NW Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Member American Law Institute |
| 2. | Member | American Academy of Arts & Sciences |
| 3. | Member | American Bar Association |
| 4. | Board of Directors | Institute of Judicial Administration, NYU Law School |
| 5. | Fellow | American Bar Foundation |
| 6. | Professor of Law | NYU Law School |
| 7. | Member | Supreme Court Historical Society |
| 8. | Member | Dean's Advisory Committee, University of California at Irvine Law School |
| 9. | Member | Committee on Science, Technology, and Law at National Academy of Sciences |
| 10. | Senior Advisor Co-Chair | President's Council of Adviors on Science and Technology, Report to the President on Forensic Science in Criminal Courts |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | NYU School of Law, Professor of Law |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/07/2018 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/17 | NYU Law School, Professor of Law | $217,318.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU School of Law, New York, NY | 1/16-19/17 | New York, NY | Teaching | Room, meals, transportation |
| 2. | NYU School of Law, New York, NY | 1/23-26/17 | New York, NY | Teaching | Room, meals, transportation |
| 3. | NYU School of Law, New York, NY | 1/31-2/2/17 | New York, NY | Teaching | Room, meals, transportation |
| 4. | NYU School of Law, New York, NY | 2/7-9/17 | New York, NY | Teaching | Room, meals, transportation |
| 5. | NYU School of Law, New York, NY | 2/13-17/17 | New York, NY | Teaching | Room, meals, transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Edwards, Harry T. | 05/07/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | NYU School of Law, New York, NY | 2/22-23/17 | New York, NY | Teaching | Room, meals, transportation |
| 7. | NYU School of Law, New York, NY | 2/27-3/2/17 | New York, NY | Teaching | Room, meals, transportation |
| 8. | NYU School of Law, New York, NY | 3/6-7/17 | New York, NY | Teaching | Room, meals, transportation |
| 9. | National Academy of Sciences | 3/8-10/2017 | Passadena, CA | Committee on Science, Technology, & Law Meeting | Room, meals, transportation |
| 10. | University of California, Irvine | 3/10-12/17 | Irvine, CA | Dean's Advisory Meeting | Room, meals, transportation |
| 11. | University of Michigan Law School, Ann Arbor, MI | 3/24-26/17 | Ann Arbor, MI | Speech | Room, meals, transportation |
| 12. | NYU School of Law, New York, NY | 3/24-26/17 | New York, NY | Teaching | Room, meals, transportation |
| 13. | NYU School of Law, New York, NY | 4/19-20/17 | New York, NY | Teaching | Room, meals, transportation |
| 14. | NYU School of Law, New York, NY | 4/24-28/17 | New York, NY | Teaching | Room, meals, transportation |
| 15. | Oxford University | 7/18-23/17 | Oxford, England | Conference and Speech | Room, Board, transportation |
| 16. | NYU School of Law, New York, NY | 8/29-31/17 | New York, NY | Teaching | Room, meals, transportation |
| 17. | NYU School of Law, New York, NY | 9/5/-7/17 | New York, NY | Teaching | Room, meals, transportation |
| 18. | NYU School of Law, New York, NY | 9/13-15/17 | New York, NY | Teaching | Room, meals, transportation |
| 19. | NYU School of Law, New York, NY | 9/18-21/17 | New York, NY | Teaching | Room, meals, transportation |
| 20. | NYU School of Law, New York, NY | 9/25-28/17 | New York, NY | Teaching | Room, meals, transportation |
| 21. | NYU School of Law, New York, NY | 9/30 – 10/5/17 | New York, NY | Teaching | Room, meals, transportation |
| 22. | NYU School of Law, New York, NY | 10/26-28/17 | Cambridge, MA | Speech at Harvard Law School | Room, meals, transportation |
| 23. | NYU School of Law, New York, NY | 11/6-9/17 | New York, NY | Teaching | Room, meals, transportation |
| 24. | NYU School of Law, New York, NY | 11/13-17/17 | New York, NY | Teaching | Room, meals, transportation |
| 25. | NYU School of Law, New York, NY | 11/27 – 12/2/17 | New York, NY | Teaching | Room, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | J | T | | | | | |
| 2. TD Bank | | None | J | T | | | | | |
| 3. Justice Federal Credit Union | | None | J | T | | | | | |
| 4. Wells Fargo IRA money market | | None | M | T | | | | | |
| 5. Bank of America Accounts | | None | J | T | | | | | |
| 6. Vanguard total stock market Admiral index | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 7. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 02/16/17 | J | | |
| 8. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 03/16/17 | J | | |
| 9. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 04/13/17 | J | | |
| 10. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 05/16/17 | J | | |
| 11. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 06/16/17 | J | | |
| 12. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 07/14/17 | J | | |
| 13. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 07/15/17 | J | | |
| 14. Vanguard total stock market Admiral index | | | | | Sold (part) | 07/27/17 | J | | |
| 15. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 08/17/17 | J | | |
| 16. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 09/18/17 | J | | |
| 17. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 10/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 11/17/17 | J | | |
| 19. Vanguard total stock market Admiral index | | | | | Buy (add'l) | 12/18/17 | J | | |
| 20. Vanguard Prime Money Market | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 21. Vanguard Prime Money Market | | | | | Buy (add'l) | 02/16/17 | J | | |
| 22. Vanguard Prime Money Market | | | | | Buy (add'l) | 03/16/17 | J | | |
| 23. Vanguard Prime Money Market | | | | | Buy (add'l) | 04/13/17 | J | | |
| 24. Vanguard Prime Money Market | | | | | Buy (add'l) | 05/16/17 | J | | |
| 25. Vanguard Prime Money Market | | | | | Buy (add'l) | 06/16/17 | J | | |
| 26. Vanguard Prime Money Market | | | | | Sold (part) | 07/14/17 | J | | |
| 27. Vanguard Prime Money Market | | | | | Buy (add'l) | 08/17/17 | J | | |
| 28. Vanguard Prime Money Market | | | | | Buy (add'l) | 09/18/17 | J | | |
| 29. Vanguard Prime Money Market | | | | | Buy (add'l) | 10/17/17 | J | | |
| 30. Vanguard Prime Money Market | | | | | Buy (add'l) | 11/17/17 | J | | |
| 31. Vanguard Prime Money Market | | | | | Buy (add'l) | 12/18/17 | J | | |
| 32. Vanguard Wellesley Fund | B | Dividend | L | T | Buy (add'l) | 01/13/17 | J | | |
| 33. Vanguard Wellesley Fund | | | | | Buy (add'l) | 02/16/17 | J | | |
| 34. Vanguard Wellesley Fund | | | | | Buy (add'l) | 03/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Wellesley Fund | | | | | Buy (add'l) | 04/13/17 | J | | |
| 36. Vanguard Wellesley Fund | | | | | Buy (add'l) | 05/13/17 | J | | |
| 37. Vanguard Wellesley Fund | | | | | Buy (add'l) | 06/16/17 | J | | |
| 38. Vanguard Wellesley Fund | | | | | Buy (add'l) | 07/14/17 | J | | |
| 39. Vanguard Wellesley Fund | | | | | Sold (part) | 07/27/17 | J | | |
| 40. Vanguard Wellesley Fund | | | | | Buy (add'l) | 08/17/17 | L | | |
| 41. Vanguard Wellesley Fund | | | | | Buy (add'l) | 09/21/17 | J | | |
| 42. Vanguard Wellesley Fund | | | | | Buy (add'l) | 10/17/17 | J | | |
| 43. Vanguard Wellesley Fund | | | | | Buy (add'l) | 11/17/17 | J | | |
| 44. Vanguard Wellesley Fund | | | | | Buy (add'l) | 12/20/17 | J | | |
| 45. Vanguard Life Strategy Growth | A | Dividend | J | T | Buy | 01/13/17 | J | | |
| 46. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 02/16/17 | J | | |
| 47. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 03/16/17 | J | | |
| 48. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 04/13/17 | J | | |
| 49. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 05/16/17 | J | | |
| 50. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 06/20/17 | J | | |
| 51. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 07/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Life Strategy Growth | | | | | Sold (part) | 07/27/17 | K | | |
| 53. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 08/17/17 | J | | |
| 54. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 09/18/17 | J | | |
| 55. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 10/17/17 | J | | |
| 56. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 11/18/17 | J | | |
| 57. Vanguard Life Strategy Growth | | | | | Buy (add'l) | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry T. Edwards**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544